

Lehigh Valley Hospital   PO Box 4000 2100 Mack Blvd. Allentown, PA 18103-4000
Darrell Ware   2338 Catasauqua Rd Bethlehem, PA 18018

| Name | Company | Colleague ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Darrell Ware | Lehigh Valley Hospital | 245933 | 06/22/2025 | 07/05/2025 | 07/10/2025 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 41.90 | 0.84 | 6.95 | 0.00 | 34.11 |
| YTD | 6,938.54 | 138.82 | 896.80 | 0.00 | 5,902.92 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Leave of Absence N | | | 0 | | 0.5 | 9.16 |
| Leave of Absence N | | | 0 | | 4.44 | 82.84 |
| Leave of Absence N | 06/22/2025 - 07/05/2025 | 2.47 | 16.96 | 41.90 | 2.47 | 41.90 |
| PTO Evening | | | 0 | | 1.6 | 29.32 |
| PTO Night | | | 0 | | 33.87 | 631.88 |
| PTO | | | 0 | | 1.3 | 22.05 |
| Regular Evening | | | 0 | | 36.5 | 668.70 |
| Regular Night | | | 0 | | 285 | 5,316.96 |
| Regular | | | 0 | | 8 | 135.73 |
| Earnings | | | | 41.90 | | 6,938.54 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 2.60 | 430.19 |
| Medicare | 0.61 | 100.61 |
| Federal Withholding | 0.00 | 52.75 |
| State Tax - PA | 1.29 | 213.01 |
| SUI-Colleague Paid - PA | 0.03 | 4.86 |
| City Tax - SLSBY | 0.42 | 69.38 |
| PA LST - SLSBY | 2.00 | 26.00 |
| Employee Taxes | 6.95 | 896.80 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 403(b) Employee | 0.84 | 138.82 |
| Pre Tax Deductions | 0.84 | 138.82 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 403(b) Employer Match | 0.42 | 63.45 |
| Benefits Basic Life Employer | 0.45 | 6.30 |
| Employer Paid Benefits | 0.87 | 69.75 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 41.90 | 6,938.54 |
| Medicare - Taxable Wages | 41.90 | 6,938.54 |
| Federal Withholding - Taxable Wages | 41.06 | 6,799.72 |
| State Tax Taxable Wages - PA | 41.90 | 6,938.54 |
| City Tax Taxable Wages - SLSBY | 41.90 | 6,938.54 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| Wells Fargo | Checking | ******9073 | | 34.11 USD |



Lehigh Valley Hospital    PO Box 4000 2100 Mack Blvd. Allentown, PA 18103-4000
Darrell Ware    2338 Catasauqua Rd Bethlehem, PA 18018

| Name | Company | Colleague ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Darrell Ware | Lehigh Valley Hospital | 245933 | 06/08/2025 | 06/21/2025 | 06/26/2025 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 92.00 | 1.84 | 12.84 | 0.00 | 77.32 |
| YTD | 6,896.64 | 137.98 | 889.85 | 0.00 | 5,868.81 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Leave of Absence N | 06/08/2025 - 06/21/2025 | 0.5 | 18.32 | 9.16 | 0.5 | 9.16 |
| Leave of Absence N | 06/08/2025 - 06/21/2025 | 4.44 | 18.656 | 82.84 | 4.44 | 82.84 |
| PTO Evening | | 0 | | | 1.6 | 29.32 |
| PTO Night | | 0 | | | 33.87 | 631.88 |
| PTO | | 0 | | | 1.3 | 22.05 |
| Regular Evening | | 0 | | | 36.5 | 668.70 |
| Regular Night | | 0 | | | 285 | 5,316.96 |
| Regular | | 0 | | | 8 | 135.73 |
| Earnings | | | | 92.00 | | 6,896.64 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 5.70 | 427.59 |
| Medicare | 1.33 | 100.00 |
| Federal Withholding | 0.00 | 52.75 |
| State Tax - PA | 2.82 | 211.72 |
| SUI-Colleague Paid - PA | 0.07 | 4.83 |
| City Tax - SLSBY | 0.92 | 68.96 |
| PA LST - SLSBY | 2.00 | 24.00 |
| Employee Taxes | 12.84 | 889.85 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 403(b) Employee | 1.84 | 137.98 |
| Pre Tax Deductions | 1.84 | 137.98 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 403(b) Employer Match | 0.92 | 63.03 |
| Benefits Basic Life Employer | 0.45 | 5.85 |
| Employer Paid Benefits | 1.37 | 68.88 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 92.00 | 6,896.64 |
| Medicare - Taxable Wages | 92.00 | 6,896.64 |
| Federal Withholding - Taxable Wages | 90.16 | 6,758.66 |
| State Tax Taxable Wages - PA | 92.00 | 6,896.64 |
| City Tax Taxable Wages - SLSBY | 92.00 | 6,896.64 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| Wells Fargo | Checking | ******9073 | | 77.32 USD |



Lehigh Valley Hospital    PO Box 4000 2100 Mack Blvd. Allentown, PA 18103-4000
Darrell Ware    2338 Catasauqua Rd Bethlehem, PA 18018

| Name | Company | | | Colleague ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|---|
| Darrell Ware | Lehigh Valley Hospital | | | 245933 | 05/25/2025 | 06/07/2025 | 06/12/2025 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| YTD | 6,804.64 | 136.14 | 877.01 | 0.00 | 5,791.49 |

| Earnings | | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount | Description | Amount | YTD |
| PTO Evening | | | 0 | | 1.6 | 29.32 | OASDI | 0.00 | 421.89 |
| PTO Night | | | 0 | | 33.87 | 631.88 | Medicare | 0.00 | 98.67 |
| PTO | | | 0 | | 1.3 | 22.05 | Federal Withholding | | 52.75 |
| Regular Evening | | | 0 | | 36.5 | 668.70 | State Tax - PA | | 208.90 |
| Regular Night | | | 0 | | 285 | 5,316.96 | SUI-Colleague Paid - PA | 0.00 | 4.76 |
| Regular | | | 0 | | 8 | 135.73 | City Tax - SLSBY | | 68.04 |
| Unpaid Sick | 05/25/2025 - 06/07/2025 | 32 | 0 | 0.00 | | 0.00 | PA LST - SLSBY | | 22.00 |
| Earnings | | | | 0.00 | | 6,804.64 | Employee Taxes | 0.00 | 877.01 |

| Pre Tax Deductions | | |
|---|---|---|
| Description | Amount | YTD |
| | | 136.14 |
| 403(b) Employee | 0.00 | 136.14 |
| Pre Tax Deductions | | |

| Employer Paid Benefits | | | | Taxable Wages | | |
|---|---|---|---|---|---|---|
| Description | | Amount | YTD | Description | Amount | YTD |
| 403(b) Employer Match | | | 62.11 | OASDI - Taxable Wages | 0.00 | 6,804.64 |
| Benefits Basic Life Employer | | 0.45 | 5.40 | Medicare - Taxable Wages | 0.00 | 6,804.64 |
| | | | | Federal Withholding - Taxable Wages | 0.00 | 6,668.50 |
| | | | | State Tax Taxable Wages - PA | 0.00 | 6,804.64 |
| Employer Paid Benefits | | 0.45 | 67.51 | City Tax Taxable Wages - SLSBY | 0.00 | 6,804.64 |

| | | Federal | State |
|---|---|---|---|
| Marital Status | | Single or Married filing separately | |
| Allowances | | 0 | 0 |
| Additional Withholding | | 0 | 0 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| Wells Fargo | Checking | ******9073 | | 0.00 USD |



Lehigh Valley Hospital    PO Box 4000 2100 Mack Blvd. Allentown, PA 18103-4000
Darrell Ware    2338 Catasauqua Rd Bethlehem, PA 18018

| Name | Company | | Colleague ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Darrell Ware | Lehigh Valley Hospital | | 245933 | 05/11/2025 | 05/24/2025 | 05/29/2025 | |
| | | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | | Net Pay |
| Current | | 379.52 | 7.60 | 46.75 | 0.00 | | 325.17 |
| YTD | | 6,804.64 | 136.14 | 877.01 | 0.00 | | 5,791.49 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| PTO Evening | 05/11/2025 - 05/24/2025 | 1 | 18.32 | 18.32 | 1.6 | 29.32 |
| PTO Night | 05/11/2025 - 05/24/2025 | 11.37 | 18.656 | 212.12 | 33.87 | 631.88 |
| PTO | | | 0 | | 1.3 | 22.05 |
| Regular Evening | 05/11/2025 - 05/17/2025 | 0.5 | 18.32 | 9.16 | 36.5 | 668.70 |
| Regular Night | 05/11/2025 - 05/17/2025 | 7.5 | 18.656 | 139.92 | 285 | 5,316.96 |
| Regular | | | 0 | | 8 | 135.73 |
| Unpaid PTO | 05/11/2025 - 05/24/2025 | 11.63 | 0 | 0.00 | | 0.00 |
| Earnings | | | | 379.52 | | 6,804.64 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 23.53 | 421.89 |
| Medicare | 5.51 | 98.67 |
| Federal Withholding | 0.00 | 52.75 |
| State Tax - PA | 11.65 | 208.90 |
| SUI-Colleague Paid - PA | 0.26 | 4.76 |
| City Tax - SLSBY | 3.80 | 68.04 |
| PA LST - SLSBY | 2.00 | 22.00 |
| Employee Taxes | 46.75 | 877.01 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 403(b) Employee | 7.60 | 136.14 |
| Pre Tax Deductions | 7.60 | 136.14 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 403(b) Employer Match | 3.80 | 62.11 |
| Benefits Basic Life Employer | 0.45 | 4.95 |
| Employer Paid Benefits | 4.25 | 67.06 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 379.52 | 6,804.64 |
| Medicare - Taxable Wages | 379.52 | 6,804.64 |
| Federal Withholding - Taxable Wages | 371.92 | 6,668.50 |
| State Tax Taxable Wages - PA | 379.52 | 6,804.64 |
| City Tax Taxable Wages - SLSBY | 379.52 | 6,804.64 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| Wells Fargo | Checking | ******9073 | | 325.17 USD |



Lehigh Valley Hospital    PO Box 4000 2100 Mack Blvd. Allentown, PA 18103-4000
Darrell Ware    2338 Catasauqua Rd Bethlehem, PA 18018

| Name | Company | | | Colleague ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|---|
| Darrell Ware | Lehigh Valley Hospital | | | 245933 | 04/27/2025 | 05/10/2025 | 05/15/2025 | |
| | | Gross Pay | | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | | Net Pay |
| Current | | 604.68 | | 12.10 | 74.86 | 0.00 | | 517.72 |
| YTD | | 6,425.12 | | 128.54 | 830.26 | 0.00 | | 5,466.32 |

| Earnings | | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount | Description | Amount | YTD |
| PTO Evening | | | 0 | | 0.6 | 11.00 | OASDI | 37.49 | 398.36 |
| PTO Night | | | 0 | | 22.5 | 419.76 | Medicare | 8.76 | 93.16 |
| PTO | | | 0 | | 1.3 | 22.05 | Federal Withholding | 1.57 | 52.75 |
| Regular Evening | 04/27/2025 - 05/03/2025 | 0.9 | 18.32 | 16.49 | | | State Tax - PA | 18.56 | 197.25 |
| Regular Evening | 05/04/2025 - 05/10/2025 | 1 | 18.32 | 18.32 | 36 | 659.54 | SUI-Colleague Paid - PA | 0.43 | 4.50 |
| Regular Night | 04/27/2025 - 05/03/2025 | 15 | 18.656 | 279.84 | | | City Tax - SLSBY | 6.05 | 64.24 |
| Regular Night | 05/04/2025 - 05/10/2025 | 15 | 18.656 | 279.84 | 277.5 | 5,177.04 | PA LST - SLSBY | 2.00 | 20.00 |
| Regular | 04/27/2025 - 05/03/2025 | 0.1 | 16.96 | 1.70 | | | | | |
| Regular | 05/04/2025 - 05/10/2025 | 0.5 | 16.96 | 8.49 | 8 | 135.73 | | | |
| Earnings | | | | 604.68 | | 6,425.12 | Employee Taxes | 74.86 | 830.26 |

| Pre Tax Deductions | | |
|---|---|---|
| Description | Amount | YTD |
| | 12.10 | 128.54 |
| 403(b) Employee | 12.10 | 128.54 |
| Pre Tax Deductions | | |

| Employer Paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 403(b) Employer Match | 6.05 | 58.31 | OASDI - Taxable Wages | 604.68 | 6,425.12 |
| Benefits Basic Life Employer | 0.45 | 4.50 | Medicare - Taxable Wages | 604.68 | 6,425.12 |
| | | | Federal Withholding - Taxable Wages | 592.58 | 6,296.58 |
| | | | State Tax Taxable Wages - PA | 604.68 | 6,425.12 |
| Employer Paid Benefits | 6.50 | 62.81 | City Tax Taxable Wages - SLSBY | 604.68 | 6,425.12 |

| | | Federal | State |
|---|---|---|---|
| Marital Status | | Single or Married filing separately | |
| Allowances | | 0 | 0 |
| Additional Withholding | | 0 | 0 |

| Payment Information | | | | | |
|---|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount | |
| Wells Fargo | Checking | ******9073 | | 517.72 | USD |