## U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  DARRELL WARE           :   CHAPTER 13
                               :
     **Debtor**            :
                               :   Case No. 25-13014PMM

## CERTIFICATE OF SERVICE

    I, Paul H. Young, Esquire, hereby certify the Chapter 13 Plan on all creditors listed on the attached Matrix on this date, June 29, 2025, by US Mail postage prepaid.

                                    /s/ Paul H. Young
                                    Paul H. Young, Esquire
                                    Young, Marr & Associates
                                    Attorney for Debtor

Dated: October 8, 2025

Amex
Correspondence/Bankruptcy
Po Box 981535
El Paso, TX 79998


Amex
P.o. Box 981537
El Paso, TX 79998


Camilo Curevas and Malibuys Duengs
Punxsutawney, PA


Citadel Credit Union
Attn: Bankruptcy
520 Eagleview Blvd
Exton, PA 19341


Citadel Credit Union
520 Eagle View Blvd
Exton, PA 19341


First Premier Bank


First Premier Bank
3820 N Louise Ave
Sioux Falls, SD 57107


Jpmcb
MailCode LA4-7100
700 Kansas Lane
Monroe, LA 71203


Jpmcb
Po Box 15369
Wilmington, DE 19850

Members 1st FCU
Attn: Bankruptcy
Po Box 8893
Camo Hill, PA 17001


Members 1st FCU
Attn: Bankruptcy
Po Box 8893
Camp hill, PA 17001


Members 1st FCU
5000 Louise Dr
Mechanicsburg, PA 17055


Michael Dougherty, Esquire
325 Chestnut Street
Suite 501
Philadelphia, PA 19106


PennyMac Loan Services, LLC
Attn: Correspondence Unit
Po Box 514387
Los Angeles, CA 90051


PennyMac Loan Services, LLC
Po Box 514387
Los Angeles, CA 90051


Wells Fargo Bank NA
Attn: Bankruptcy
1 Home Campus Mac X2303-01a 3rd Floor
Des Moines, IA 50328


Wells Fargo Bank NA
Po Box 393
Minneapolis, MN 55480

```
Young, Marr & Associates, LLC
3554 Hulmeville Road
Suite 102
Bensalem, PA 19020
```