United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 25-13014-pmm
Darrell Ware  Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 3
Date Rcvd: Dec 04, 2025      Form ID: 155      Total Noticed: 27

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Darrell Ware, 2338 Catasauqua Road, Apt R4, Bethlehem, PA 18018-1061 |
| 15033898 | + | Lancaster County Property Management, 1770 Oregon Pike, Lancaster, PA 17601-4203 |
| 15033902 | + | Michael Dougherty, Esquire, 325 Chestnut Street, Suite 501, Philadelphia, PA 19106-2605 |
| 15037082 | + | Pennymac Loan Services, LLC, C/O 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15036112 | + | Email/Text: bkfilings@zwickerpc.com | Dec 05 2025 00:19:00 | American Express National Bank, c/o Zwicker & Associates, 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| 15048647 | + | Email/Text: bkfilings@zwickerpc.com | Dec 05 2025 00:19:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 15033890 | + | Email/PDF: bncnotices@becket-lee.com | Dec 05 2025 00:24:01 | Amex, Correspondence/Bankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 15033891 | + | Email/PDF: bncnotices@becket-lee.com | Dec 05 2025 00:36:04 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 15033892 | + | Email/Text: bankruptcycollections@citadelbanking.com | Dec 05 2025 00:19:00 | Citadel Credit Union, Attn: Bankruptcy, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 15033893 | + | Email/Text: bankruptcycollections@citadelbanking.com | Dec 05 2025 00:19:00 | Citadel Credit Union, 520 Eagle View Blvd, Exton, PA 19341-1119 |
| 15033895 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Dec 05 2025 00:36:02 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 15053619 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Dec 05 2025 00:18:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15033897 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 05 2025 00:24:54 | Jpmcb, Po Box 15369, Wilmington, DE 19850-5369 |
| 15033896 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 05 2025 00:36:06 | Jpmcb, MailCode LA4-7100, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 15033901 | + | Email/Text: unger@members1st.org | Dec 05 2025 00:19:00 | Members 1st FCU, 5000 Louise Dr, Mechanicsburg, PA 17055-4899 |
| 15033899 | + | Email/Text: Unger@Members1st.org | Dec 05 2025 00:18:00 | Members 1st FCU, Attn: Bankruptcy, Po Box 8893, Camo Hill, PA 17001-8893 |
| 15033900 | + | Email/Text: Unger@Members1st.org | Dec 05 2025 00:18:00 | Members 1st FCU, Attn: Bankruptcy, Po Box 8893, Camp hill, PA 17001-8893 |
| 15036857 | ^ | MEBN | Dec 05 2025 00:14:32 | PENNYMAC LOAN SERVICES, LLC, C/O |

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 04, 2025 | Form ID: 155 | Total Noticed: 27 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 15033903 | + | Email/PDF: ebnotices@pnmac.com | Dec 05 2025 00:35:17 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 15033904 | + | Email/PDF: ebnotices@pnmac.com | Dec 05 2025 00:35:15 | PennyMac Loan Services, LLC, Po Box 514387, Los Angeles, CA 90051-4387 |
| 15055298 | + | Email/PDF: ebnotices@pnmac.com | Dec 05 2025 00:35:17 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 15055713 | | Email/PDF: ebnotices@pnmac.com | Dec 05 2025 00:35:56 | PennyMac Loan Services, LLC., P.O. Box 660929, Dallas, TX 75266-0929 |
| 15046474 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 05 2025 00:19:00 | Premier Bankcard, LLC, Jefferson Capital Systems, LLC Assignee, Po Box 7999, St. Cloud, MN 56302-7999 |
| 15033905 | + | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Dec 05 2025 00:36:02 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a 3rd Floor, Des Moines, IA 50328-0001 |
| 15033906 | + | Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | Dec 05 2025 00:36:07 | Wells Fargo Bank NA, Po Box 393, Minneapolis, MN 55480-0393 |
| 15054784 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Dec 05 2025 00:36:04 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15033907 | + | Email/Text: support@ymalaw.com | Dec 05 2025 00:18:00 | Young, Marr & Associates, LLC, 3554 Hulmeville Road, Suite 102, Bensalem, PA 19020-4366 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15033894 | | First Premier Bank |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 06, 2025             Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| MATTHEW K. FISSEL | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 3 of 3 |
| Date Rcvd: Dec 04, 2025 | Form ID: 155 | Total Noticed: 27 |

PAUL H. YOUNG
    on behalf of Debtor Darrell Ware support@ymalaw.com
    ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com
    ,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

SCOTT F. WATERMAN [Chapter 13]
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  )
    Darrell Ware  )  Case No. 25−13014−pmm
 )
 )
Debtor(s).  )  Chapter: 13
 )
 )

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.


Date: December 4, 2025

For The Court

Patricia M. Mayer
Judge, United States Bankruptcy Court