Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Darrell Ware
2338 Catasaqua Road
Apt R4
Bethlehem, PA 18018

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 25-13014-PMM**

Petition Filed Date: 07/29/2025
341 Hearing Date: 08/26/2025
Confirmation Date: 12/04/2025

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/09/2025 | $900.00 | | 10/06/2025 | $900.00 | | 11/05/2025 | $1,196.00 | |
| 12/08/2025 | $1,196.00 | | 01/06/2026 | $1,196.00 | | 02/05/2026 | $1,196.00 | |
| 03/09/2026 | $1,196.00 | | 04/06/2026 | $1,196.00 | | 05/11/2026 | $1,196.00 | |
| 06/05/2026 | $1,196.00 | | 07/06/2026 | $1,196.00 | | | | |

**Total Receipts for the Period: $12,564.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $13,760.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | YOUNG MARR MALLIS & ASSOCIATES | Attorney Fees | $4,000.00 | $4,000.00 | $0.00 |
| 1 | CITADEL CREDIT UNION<br>»» 001 | Unsecured Creditors | $18,198.56 | $0.00 | $18,198.56 |
| 2 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 002 | Unsecured Creditors | $1,888.26 | $0.00 | $1,888.26 |
| 3 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 003 | Unsecured Creditors | $1,439.40 | $0.00 | $1,439.40 |
| 4 | AMERICAN EXPRESS NATIONAL BANK<br>»» 004 | Unsecured Creditors | $3,770.79 | $0.00 | $3,770.79 |
| 5 | JP MORGAN CHASE BANK NA<br>»» 005 | Unsecured Creditors | $6,544.43 | $0.00 | $6,544.43 |
| 6 | WELLS FARGO BANK NEVADA NA<br>»» 006 | Unsecured Creditors | $12,010.06 | $0.00 | $12,010.06 |
| 7 | PENNYMAC LOAN SERVICES LLC<br>»» 007 | Mortgage Arrears | $683.08 | $413.85 | $269.23 |
| 8 | MEMBERS 1ST FEDERAL CREDIT UNION<br>»» 008 | Unsecured Creditors | $5,621.68 | $0.00 | $5,621.68 |
| 9 | MEMBERS 1ST FEDERAL CREDIT UNION<br>»» 009 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | MEMBERS 1ST FEDERAL CREDIT UNION<br>»» 010 | Ongoing Mortgage | $13,710.65 | $8,306.45 | $5,404.20 |
| 11 | MEMBERS 1ST FEDERAL CREDIT UNION<br>»» 011 | Secured Creditors | $0.00 | $0.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $13,760.00 | Current Monthly Payment: | $1,196.00 |
| Paid to Claims: | $12,720.30 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,039.70 | Total Plan Base: | $71,168.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.